# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br>        v.<br><br>NOE SAN JUAN SANTOS,<br><br>                Defendant. | Case No.: 24-CR-517-RSH<br><br>**JUDGMENT AND ORDER GRANTING THE UNITED STATES' MOTION TO DISMISS WITHOUT PREJUDICE** |

The United States' Motion to Dismiss the Information (ECF No. 18) is hereby GRANTED. The Information is DISMISSED without prejudice.

**IT IS SO ORDERED.**

DATED: 8/14/24

_Robert S. Huie_
HON. ROBERT S. HUIE
United States District Judge